No. 4074.—Castro y García, Apltes., v. Fournier, Apldo. —C. D. San Juan. Daños y perjuicios. Julio 14, 1927. *Confirmada* la sentencia apelada por los fundamentos del caso de *Franceschi* v. *Fournier,* resuelto en julio 14, 1927 (pág. 161).

No. 8.—In re: Francisco Figueroa Maestre, Querellado.—*Disbarment.* Julio 14, 1927. A' la solicitud de rehabilitación firmada por el peticionario y sus abogados Jacinto Texidor y Juan B. Huyke archivada el 6 de julio corriente y que es exactamente igual a la presentada y declarada sin lugar en enero de 1926, no desprendiéndose de los hechos alegados que el peticionario se haya reformado y actuado en forma tal que justifique a esta corte para decretar su admisión de nuevo al ejercicio de la abogacía, dada la naturaleza de los cargos que sirvieron de base a su separación y las circunstancias que mediaron en la investigación de los mismos; vistos los casos *In re Torregrosa* 34 D. P. R. 311 y *Ex Parte Casablanca,* 32 D. P. R. 667; *no ha lugar.*